IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LENS.COM, INC., a Nevada corporation,<br><br>                Plaintiff,<br>v.<br><br>1-800 CONTACTS, INC., a Delaware corporation,<br><br>                Defendants. | ORDER OF RECUSAL<br><br>Case No.  2:12CV352 |

      I recuse myself in this case and ask that the appropriate assignment card equalization be drawn by the clerk's office.

      DATED this 27th day of April, 2012.

                                BY THE COURT:

                                DALE A. KIMBALL<br>
                                United States District Judge