IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| LENS.COM, | : | |
| Plaintiff, | : | ORDER OF RECUSAL |
| vs. | : | |
| 1-800 CONTACTS, | : | Case No. 2:12-cv-352 |
| Defendant. | : | |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 27th day of April, 2012.

BY THE COURT:

_____
Clark Waddoups
United States District Judge