FILED
United States Court of Appeals
Tenth Circuit

July 17, 2014

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

LENS.COM, INC., a Nevada corporation,

    Plaintiff - Appellant,

v.

1-800 CONTACTS, INC., a Delaware corporation,

    Defendant - Appellee.

No. 14-4042
(D.C. No. 2:12-CV-00352-DS)

_____

**ORDER**
_____

    Appellant's unopposed motion to dismiss is granted.  *See* 10th Cir. R. 27.3(A)(9) and 10th Cir. R. 42.1.

    A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk